UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THOMAS LANGLEY, JR.                                                                        PLAINTIFF

v.                                    No. 2:17-CV-02171

ACUTRAQ BACKGROUND
SCREENING, INC., et al                                                                     DEFENDANTS

## ORDER

Plaintiff has filed a stipulation of dismissal with prejudice of Plaintiff's claims against Defendant Acutraq Background Screening, Inc., signed by all parties. In the typical case, this document would be self-executing under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and no order from the Court would be required for dismissal. However, in this stipulation the parties also request that the Court retain jurisdiction to enforce the settlement agreement between Plaintiff and Acutraq. The Court therefore construes this stipulation as a joint motion to dismiss filed pursuant to Federal Rule of Civil Procedure 41(a)(2).

It appearing the parties are in agreement, the motion is GRANTED. Plaintiff's claims against Defendant Acutraq Background Screening, Inc. are DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees. The Court retains jurisdiction to enforce the terms of the settlement agreement. Plaintiff's claims against the other Defendants remain pending.

IT IS SO ORDERED this 12th day of April, 2018.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE